# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosen, Gerald E. | U.S. District Court - Eastern District of Michigan | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Room 730
U.S. Courthouse
231 West Lafayette
Detroit, MI 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. | Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | Trustee | Trust No. 1 |
| 4. | Trustee | Trust No. 2 |
| 5. | Professor | Wayne State University, Detroit, Michigan |
| 6. | Board of Directors | The Theodore Levin Memorial Foundation |
| 7. | Board of Directors | Detroit Symphony Orchestra |
| 8. | Board of Trustees | Community Foundation for Southeast Michigan |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | The Rutter Group - Publication Agreement dated November 1995, amended October 2012. Royalties to be shared in an amount to be determined upon publication. |
| 2. | 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/09/2016 |

| | |
|---|---|
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. 2013 | The Rutter Group - Publication Update Agreement dated March 2013. Royalty to be paid based on projected sales of the Update. |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Thomson Reuters (West Group) - Book Royalties | $34,331.75 |
| 2. 2015 | Wayne State University - Teaching | $24,478.25 |
| 3. 2015 | Kalamazoo College - Speaking Fees | $2,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chadbourne & Parke LLP | 02/24/15 - 02/25/15 | New York, NY | Seminar Speaker | Airfare, Lodging, Parking, Local Transportation |
| 2. | Boca Raton Economic Group | 03/05/15 - 03/07/15 | Boca Raton, FL | Seminar Speaker | Airfare, Parking, Lodging |
| 3. | American Bar Association | 04/16/15 - 04/18/15 | Miami, FL | Seminar Speaker | Airfare, Parking, Lodging, Meals, Local Transportation |
| 4. | Urban League Club of Chicago | 05/06/15 - 05/07/15 | Chicago, IL | Seminar Speaker | Aifaire, Lodging, Parking, Meals, Local Transportation |
| 5. | Mackinac Policy Conference | 05/26/15 - 05/29/15 | Mackinaw Island, MI | Seminar Speaker | Lodging, Meals, Mileage |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rosen, Gerald E. | 05/09/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | National Association of Securities Professionals | 06/15/15 - 06/16/16 | Chicago, IL | Panelist | Airfare, Parking, Local Transportation |
| 7. | Insomniac | 06/18/15 - 06/19/15 | Las Vegas, NV | Seminar Speaker | Airfare, Lodging, Parking, Local Transportation |
| 8. | American College of Trial Lawyers | 08/13/15 - 08/14/15 | Glen Arbor, MI | Seminar Speaker | Lodging, Meals |
| 9. | The Rutter Group | 08/20/15 - 08/21/15 | Portland, OR | Seminar Speaker | Airfare, Lodging, Meals, Local Transportation |
| 10. | American College of Trial Lawyers | 10/01/15 - 10/04/15 | Chicago, IL | Seminar Speaker | Airfare, Lodging, Meals, Local Transportation |
| 11. | University of Pennsylvania | 10/26/15 | Philadelphia, PA | Seminar Speaker | Airfare, Rail Transportation |
| 12. | Federal Bar Association | 10/27/15 - 10/28/15 | Washington DC | Seminar Speaker | Airfare, Lodging, Meals, Local Transportion |
| 13. | Southern Methodist University | 10/29/15 - 10/30/15 | Dallas, TX | Seminar Speaker | Airfare, Lodging, Parking, Local Transportation |
| 14. | George Washington University | 11/04/15 - 11/06/15 | Washington DC | Panelist Speaker | Airfare, Lodging, Meals, Local Transportation |
| 15. | New York County Lawyers Association | 11/20/15 - 11/21/15 | New York, NY | Seminar Speaker | Airfare, Lodging, Meals, Local Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 2. IRA No. 1 (H) | | | | | | | | | |
| 3. -Federated Government Obligations Fund Money Market | A | Interest | L | T | | | | | |
| 4. -Alphabet Inc Class C | | None | J | T | Buy | 02/25/15 | M | | |
| 5. | | | | | Sold | 02/25/15 | M | A | |
| 6. | | | | | Buy | 07/22/15 | J | | |
| 7. | | | | | Sold (part) | 07/29/15 | J | | |
| 8. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 9. -BP PLC SP ADR | A | Dividend | | | Buy | 04/09/15 | J | | |
| 10. | | | | | Sold | 06/15/15 | J | | |
| 11. -Costco Wholesale Corp | | None | | | Buy | 11/02/15 | L | | |
| 12. | | | | | Sold | 11/02/15 | L | A | |
| 13. -CVS Health Corp | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 14. -Devon Energy Corp | A | Dividend | | | Buy | 04/29/15 | K | | |
| 15. | | | | | Sold | 07/08/15 | J | | |
| 16. -Ecolab Inc. | | None | | | Buy | 11/03/15 | L | | |
| 17. | | | | | Sold | 11/03/15 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Exxon Mobil Corp | | None | J | T | Buy | 12/22/15 | J | | |
| 19. -Hilton Worldwide Holdings | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 20. -Netflix Inc. | | None | | | Buy | 05/07/15 | L | | |
| 21. | | | | | Sold | 05/07/15 | L | A | |
| 22. | | | | | Buy | 09/09/15 | J | | |
| 23. | | | | | Sold | 09/09/15 | J | A | |
| 24. | | | | | Buy | 10/08/15 | J | | |
| 25. | | | | | Sold | 10/08/15 | J | A | |
| 26. -PepsiCo Inc | | None | | | Buy | 10/22/15 | M | | |
| 27. | | | | | Sold | 10/22/15 | M | A | |
| 28. -Proshares UltraPro S&P 500 ETF | | None | | | Buy | 07/09/15 | K | | |
| 29. | | | | | Sold | 07/21/15 | K | B | |
| 30. | | | | | Buy | 10/08/15 | L | | |
| 31. | | | | | Sold | 10/08/15 | L | A | |
| 32. -Schlumberger LTD | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 33. -Skyworks Solutions Inc. | | None | | | Buy | 04/10/15 | L | | |
| 34. | | | | | Sold | 04/10/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -SPDR S&P 500 ETF Trust | | None | | | Buy | 08/25/15 | K | | |
| 36. | | | | | Sold | 08/27/15 | K | A | |
| 37.  -Starbucks Corp | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 38.  -Whiting Petroleum Corp | | None | | | Buy | 04/06/15 | M | | |
| 39. | | | | | Sold | 04/06/15 | M | B | |
| 40.  -Williams Cos Inc. | | None | | | Buy | 04/15/15 | M | | |
| 41. | | | | | Sold | 04/15/15 | M | A | |
| 42.  IRA No. 2 (H) | | | | | | | | | |
| 43.  -Federated Government Obligations Fund Money Market | A | Interest | M | T | | | | | |
| 44.  -Actavis PLC | | None | | | Buy | 01/31/15 | J | | |
| 45. | | | | | Sold | 02/18/15 | J | A | |
| 46.  -Alphabet Inc Class C | | None | J | T | Buy | 02/25/15 | M | | |
| 47. | | | | | Sold | 02/25/15 | M | B | |
| 48. | | | | | Buy | 07/22/15 | J | | |
| 49. | | | | | Sold (part) | 07/29/15 | J | | |
| 50. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 51.  -Apple Inc | | None | | | Buy | 09/16/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 09/16/15 | M | A | |
| 53.   -Berkshire Hathaway Class B | | None | | | Buy | 03/30/15 | M | | |
| 54. | | | | | Sold | 03/30/15 | M | B | |
| 55.   -BP PLC SP ADR | A | Dividend | | | Buy | 04/09/15 | J | | |
| 56. | | | | | Sold | 06/15/15 | J | | |
| 57.   -Caterpillar Inc. | | None | | | Buy | 11/02/15 | L | | |
| 58. | | | | | Sold | 11/02/15 | L | A | |
| 59.   -CBL Assoc Property REIT (X) | A | Dividend | | | Sold | 08/07/15 | J | | |
| 60.   -Costco Wholesale Corp | | | | | Buy | 11/06/15 | M | | |
| 61. | | | | | Sold | 11/06/15 | M | A | |
| 62.   -CVS Health Corp | A | Dividend | J | T | Buy | 08/27/15 | M | | |
| 63.   -Devon Energy Corp | A | Dividend | | | Buy | 04/29/15 | K | | |
| 64. | | | | | Sold | 07/08/15 | J | | |
| 65.   -Ecolab Inc | | None | | | Buy | 11/03/15 | L | | |
| 66. | | | | | Sold | 11/03/15 | L | A | |
| 67.   -Exxon Mobil Corp | | None | J | T | Buy | 12/22/15 | J | | |
| 68.   -Gilead Sciences Inc | | None | | | Buy | 05/14/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/14/15 | M | A | |
| 70. -Hilton Worldwide Holdings | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 71. -Netflix Inc. | | None | | | Buy | 05/08/15 | M | | |
| 72. | | | | | Sold | 05/08/15 | M | B | |
| 73. | | | | | Buy | 09/09/15 | J | | |
| 74. | | | | | Sold | 09/09/15 | J | A | |
| 75. | | | | | Buy | 10/08/15 | J | | |
| 76. | | | | | Sold | 10/08/15 | J | A | |
| 77. -Palo Alto Networks Inc. | | None | | | Buy | 02/05/15 | J | | |
| 78. | | | | | Sold | 03/05/15 | J | A | |
| 79. -Proshares UltraPro S&P 500 ETF | | None | | | Buy | 07/09/15 | K | | |
| 80. | | | | | Sold | 07/21/15 | K | B | |
| 81. | | | | | Buy | 10/08/15 | L | | |
| 82. | | | | | Sold | 10/08/15 | L | A | |
| 83. -Schlumberger LTD | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 84. -Skyworks Solutions Inc | | None | | | Buy | 04/10/15 | L | | |
| 85. | | | | | Sold | 04/10/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -SPDR S&P 500 ETF Trust | | None | | | Buy | 05/21/15 | M | | |
| 87. | | | | | Sold | 05/21/15 | M | A | |
| 88. | | | | | Buy | 08/25/15 | K | | |
| 89. | | | | | Sold | 08/27/15 | K | A | |
| 90. -Starbucks Corp | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 91. -Time Warner Cable Inc | | None | | | Buy | 05/20/15 | L | | |
| 92. | | | | | Sold | 05/20/15 | L | A | |
| 93. -Williams Cos Inc. | | None | | | Buy | 04/15/15 | N | | |
| 94. | | | | | Sold | 04/15/15 | N | A | |
| 95. Roth IRA No. 1 (H) | | | | | | | | | |
| 96. -Federated Government Obligations Fund Money Market | | None | J | T | | | | | |
| 97. Roth IRA No. 2 (H) | | | | | | | | | |
| 98. -Federated Government Obligations Fund Money Market | | None | J | T | | | | | |
| 99. -Walt Disney Co (X) | A | Dividend | J | T | | | | | |
| 100. Brokerage Account No. 1(H) | | | | | | | | | |
| 101. -Federated Government Obligations Fund Money Market (X) | | None | J | T | | | | | |
| 102. -Ford Interest Advantage Money Market | A | Interest | | | Closed | 04/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2. Part I. Positions
a.) Line 3 - Trust No. 1 has no reportable assets.
b.) Line 4 - Trust No. 2 has no reportable assets.

3. Part VII. Investments and Trusts
a.) Line 4 - Google Inc changed their corporate name to Alphabet Inc.
b.) Line 46 - Google Inc changed their corporate name to Alphabet Inc.
c.) Line 59 - CBL Assoc Property Reit acquired in multiple transactions each under the reporting threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544